FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 APR 22  PM 4: 23

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Ayrial Marie Johnson**<br>**Brandon Baker Johnson**<br>SSN: XXX-XX-8806<br>SSN: XXX-XX-5202<br><br>Debtor(s) | Case No. 08-22431 JAB<br>Chapter 7<br>Trustee Elizabeth R. Loveridge<br>Judge Judith A. Boulden |

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
## UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On April 21, 2010, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



T\NoticeofPymtSmDividends                1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 6. | ECast Settlement Corp<br>Assignee of Bank Nevada | POB 35480<br>Newark, NJ 07193-5480 | $4.39 |
| 9. | Zions First National Bank<br>Legal Services, UT ZB11 0877 | PO Box 30709 | $4.54 |

3.  These funds are on deposit in Bank of America, account number 4437400910.

4.  A check in the amount of Four Dollars and Thirty-Nine Cents ($4.39) and a check in the amount of Four Dollars and Fifty-Four Cents ($4.54), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** this 22nd day of April, 2010.

Woodbury & Kesler, P.C.

_____
Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Ayrial Johnson & Brandon Johnson
>PO Box 27884
>Salt Lake City, UT  84127
>
>Paul James Toscano
>Newhouse Building Ste 614
>10 Exchange Place
>Salt Lake City, UT  84111

*/s/ Renée Christensen*

Date: 04/22/10                                                                                                                                      Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-22431 - Johnson, Ayrial Marie

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480<br>  acct # 2053 cc | 000006 | 446.65 | 4.39 |
| Zions First National Bank<br>Legal Services, UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT 84130<br>  acct # 4200535-9001 | 000009 | 462.11 | 4.54 |
| ---------- Remittance Total --------------- | | 908.76 | 8.93 |

Elizabeth R. Loveridge, Trustee